■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD L. SIMMS, Also Known as DONALD L. SIMS, Appellant. [686 NYS2d 736] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered April 9, 1997, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Santucci, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WARD, Appellant. [686 NYS2d 735] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered March 17, 1997, convicting him of murder in the second degree, attempted robbery in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the factual sufficiency of his plea allocution is unpreserved for appellate review since he failed to move to withdraw his plea on this ground (*see, People v Pellegrino,* 60 NY2d 636). We reject the defendant's contention that his plea allocution clearly cast significant doubt upon his guilt or otherwise called into question the voluntariness of the plea, such that the court was required to inquire further to ensure that the plea was knowing and voluntary (*see generally, People v Pellegrino, supra*). S. Miller, J. P., Sullivan, Friedmann and Luciano, JJ., concur.